In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00127-CR
NO. 09-15-00132-CR

_____

ALBERTO PEDRO VAZQUEZ, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 359th District Court
Montgomery County, Texas
Trial Cause Nos. 13-11-12599 CR and 13-11-12819 CR

MEMORANDUM OPINION

Alberto Pedro Vazquez has filed a motion to dismiss his appeals. *See* Tex. R. App. P. 42.2. A request to dismiss the appeals is signed by appellant personally and joined by counsel of record. No opinion has issued in the appeals. The motion is granted, and the appeals are therefore dismissed.

1

APPEALS DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on July 14, 2015
Opinion Delivered July 15, 2015
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.